741 A.2d 196

**WAREHIME ENTERPRISES, INC., Appellant,**

v.

**John WAREHIME and Patricia Warehime,
Husband and Wife, Appellees.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 1999.

Decided Dec. 10, 1999.

Reargument Denied Jan. 27, 2000.

David B. Schaumann, Bradley J. Leber, Blakey Yost Bupp & Schaumann, York, for Warehime Enterprises, Inc.

David E. Lehman, McNees Wallace & Nurick, James P. DeAngelo, Harrisburg, for John and Patricia Warehime.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.